[No. 59609-8-I.  Division One.  July 7, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. KIRK LOREN RISHOR, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 04-1-00218-7, Steven J. Mura, J., entered January 30, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 59634-9-I.  Division One.  July 7, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. LESLIE JEAN NELSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-13369-2, Gregory P. Canova, J., entered February 5, 2007. *Reversed* by unpublished per curiam opinion.

[No. 59969-1-I.  Division One.  July 7, 2008.]

BLUE REISCH, *Appellant*, v. THE ESTATE OF GEORGE AUBREY PRICE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-34597-5, Charles W. Mertel, J., entered May 4, 2007. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 60273-0-I.  Division One.  July 7, 2008.]

TALON INDUSTRIES, INC., ET AL., *Appellants*, v. THE DEPARTMENT OF CORRECTIONS ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-20202-3, Linda Lau, J., entered June 30, 2006. *Affirmed* by unpublished opinion per Schindler, C.J., concurred in by Grosse and Cox, JJ.